UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-4948 FFM | Date | October 26, 2015 |
|---|---|---|---|
| Title | CTS CORPORATION, CTS ELECTRONIC COMPONENTS (CALIFORNIA), INC. v. MISHENKA PROPERTIES, LLC | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**  (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The parties are ordered to show cause in writing no later than November 13, 2015, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the Joint Report pursuant to the Court's September 24, 2015 Case Management Order as an appropriate response to this OSC, on or before the above date.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the imposition of sanctions.

IT IS SO ORDERED.

|  | : |
|---|---|
| Initials of Preparer | JM |